## (September 24, 1964)

■ SAMUEL PIVAR v. MOLECULAR DIELECTRICS, INC.— Application dismissed as not having been made within the time required by statute (CPLR 5513, subd. [c]). Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ EMANUEL JANOS et al. v. HILDRETH G. PECK.— Motion to correct majority opinion of this court granted (21 A D 2d 529). Concur — Rabin, J. P., McNally, Stevens, Eager and Staley, JJ.

■ LAWRENCE OF LONDON, LTD. v. COUNT ROMI, LTD., et al.— Motion granted only to the extent of permitting the appeal to be perfected for the January 1965 Term of this court. The court does not now pass on the propriety of proceeding without a transcript. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ ESTELLE F. SOPHIAN v. MANFRED G. VON LINDE.— Motion to dismiss appeal and for other relief denied in all respects, with $10 costs. (See CPLR 5501, subd. [a], par. 2.) Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ LOUIS FOGEL v. EASE LESTZ.— Motion for consolidation denied as unnecessary since court practice permits the inclusion of both appeals in a single record. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of MONROE S. WASCH, Appellant, v. IVAN WARNER, as Chairman of the Democratic County Committee of Bronx County, et al., Respondents.— Order entered August 31, 1964, denying an application to compel respondents to certify and authenticate a proposed list of election inspectors unanimously affirmed, without costs, on the authority of *Matter of Sheehan* v. *McMahon* (44 App. Div. 63) (cf. *People ex rel. McCarren* v. *Dooling*, 128 App. Div. 1). Concur — Breitel, J. P., Valente, McNally, Steuer and Witmer, JJ.

## (September 29, 1964)

■ In the Matter of the Appointment of a Committee of the Person and Property of MARGARET BEATTY, an Alleged Incompetent Person. ELIZABETH B. HOLWAY et al., Appellants; FRANCIS J. O'NEILL, as Director of the Central Islip State Hospital, Respondent.— Order, entered February 27, 1964, granting petition for the appointment of a committee for an incompetent person unanimously modified, on the law, on the facts, and in the exercise of discretion, to delete the court-designated committee and to substitute in her place the nominee recommended by the sisters of the incompetent, with $30 costs and disbursements to appellants against defendant-respondent, and the order is otherwise affirmed. There is no substantial objection to the nominee of the sisters which does not also apply presumably to the court-designated appointee. Under the circumstances, therefore, the wishes of the sisters should prevail in the absence of any showing of hostility by them or other hazard to the interest of the incompetent (*Matter of West*, 13 A D 2d 599, and cases cited; *Matter of More*, 268 App. Div. 1055). Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Eager and Staley, JJ.

■ NITA ROBINSON v. CITY OF NEW YORK.— Motion to dispense with printing denied, with leave to renew upon proper papers. (See CPLR, art. 11.) Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.